**Opinion issued December 17, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00991-CR

———————————

## IN RE CECIL MAX-GEORGE, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Cecil Max-George, has filed a petition for writ of mandamus requesting that this Court compel the trial court to rule on relator's October 25, 2015 motion to dismiss his court-appointed counsel and appoint new counsel.[*] We **deny** the petition.

## PER CURIAM

---

[*] The underlying case is *The State of Texas v. Cecil Max-George*, cause number 1475788, pending in the 185th District Court of Harris County, Texas, the Honorable Susan Brown presiding.

Panel consists of Chief Justice Radack and Justices Massengale and Brown.

Do not publish. TEX. R. APP. P. 47.2(b).